# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America,                         Criminal No. 12-206(5) (DWF/LIB)

       Plaintiff,

v.                                                        **ORDER ADOPTING REPORT
                                                         AND RECOMMENDATION**

Kevin John Needham, a/k/a "KJ,"

       Defendant.


The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated December 10, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

      **IT IS HEREBY ORDERED** that:

      1.    Magistrate Judge Leo I. Brisbois's December 10, 2012 Report and Recommendation (Doc. No. [165]) is **ADOPTED**.

      2.    Defendant's Motion for Severance (Doc. No. [142]) is **DENIED** without prejudice.

Dated:  January 2, 2013         s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge